

**GRANT F. LANGLEY**
City Attorney

**MIRIAM R. HORWITZ**
**ADAM B. STEPHENS**
**MARY L. SCHANNING**
**JAN A. SMOKOWICZ**
Deputy City Attorneys

SUSAN E. LAPPEN
PATRICIA A. FRICKER
HEIDI WICK SPOERL
GREGG C. HAGOPIAN
ELLEN H. TANGEN
JAY A. UNORA
KATHRYN Z. BLOCK
KEVIN P. SULLIVAN
THOMAS D. MILLER
ROBIN A. PEDERSON
JEREMY R. MCKENZIE
PETER J. BLOCK
JOANNA FRACZEK
JENNY YUAN
KAIL J. DECKER
ALLISON N. FLANAGAN
PATRICK J. LEIGL
HEATHER H. HOUGH
ANDREA J. FOWLER
PATRICK J. MCCLAIN
NAOMI E. GEHLING
CALVIN V. FERMIN
BENJAMIN J. ROOVERS
ELLENY B. CHRISTOPOULOS
RACHEL S. KENNEDY
TYRONE M. ST. JUNIOR
HANNAH R. JAHN
SAVEON D. GRENELL
JULIE P. WILSON
GREGORY P. KRUSE
Assistant City Attorneys

Milwaukee City Hall Suite 800 • 200 East Wells Street • Milwaukee, Wisconsin 53202-3551
Telephone: 414.286.2601 • TDD: 414.286.2025 • Fax: 414.286.8550

October 10, 2018

Court Clerk
United States District Court
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 362
Milwaukee, WI 53202

Re:   *Wilson v. Vagnini, et al.*
      Case No.: 17CV460

Dear Clerk:

Enclosed for filing please find a Stipulation and Proposed Order For Dismissal which has been signed by all counsel of record. We ask that the Court sign the attached proposed order, and enter same into the Court's docket.

Thank you for your attention to the above.

Very truly yours,

s/Susan E. Lappen

SUSAN E. LAPPEN
Assistant City Attorney

SEL/cdr

Enclosure

1032-2017-761/253513

