UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MICHAEL T. WILSON,

    Plaintiff,

v.                                                Case No. 17-cv-460-pp

MICHAEL VAGNINI, ZACHARY THOMS,
and CITY OF MILWAUKEE,

    Defendants.

---

## ORDER DISMISSING CASE

---

On October 10, 2018, the parties filed a stipulation for dismissal, indicating that they had settled this case. Dkt. No. 18. The court **APPROVES** the parties' stipulation and **ORDERS** that all claims raised by the plaintiff are **DISMISSED** on their merits, with prejudice, and without additional costs to any party.

Dated in Milwaukee, Wisconsin this 10th day of October, 2018.

                                                             **BY THE COURT:**

                                                             **HON. PAMELA PEPPER**
                                                             **United States District Judge**